UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

---

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **August 9, 2008 - UFC #87** Program,<br><br>          Plaintiff,<br><br>-against-<br><br>SONNY M. NINAN, Individually, and as officer, director, shareholder and/or principal of CARSONS INC. d/b/a SONNY'S PUB, and CARSONS INC. d/b/a SONNY'S PUB,<br><br>          Defendants. | Civil Action No. 6:09-CV-772-HMH<br><br>**OPINION & ORDER** |

---

This matter is before the court on the Plaintiff's motion for default judgment. The Summons and Complaint in this action was served upon the Defendants, SONNY M. NINAN, Individually, and as officer, director, shareholder and/or principal of CARSONS INC. d/b/a SONNY'S PUB, and CARSONS INC. d/b/a SONNY'S PUB, on April 16, 2009. The Defendants have failed to plead or otherwise appear in this action. Accordingly, the Plaintiff now moves for default judgment against the Defendants. After consideration, the court grants the Plaintiff's motion. Therefore, it is

**ORDERED THAT** the Plaintiff recover of SONNY M. NINAN, Individually, and as officer, director, shareholder and/or principal of CARSONS INC. d/b/a SONNY'S PUB,

1) Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), a sum of TEN THOUSAND DOLLARS ($10,000.00) as to each Defendant; and

2) Pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for each Defendant's willful violation of Pursuant to 47 U.S.C. § 605(a); and

3)  Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), costs of FIVE HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($506.25).

It is further

**ORDERED** that Joe Hand Promotions, Inc., the Plaintiff recover of CARSONS INC. d/b/a SONNY'S PUB,

1)  Pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II), a sum of TEN THOUSAND DOLLARS ($10,000.00) as to each Defendant; and

2)  Pursuant to 47 U.S.C. § 605(e)(3)(C)(ii), a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for each Defendant's willful violation of Pursuant to 47 U.S.C. § 605(a); and

3)  Pursuant to 47 U.S.C. § 605(e)(3)(B)(iii), costs of FIVE HUNDRED SIX DOLLARS AND TWENTY FIVE CENTS ($506.25).

It is further

**ORDERED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
June 25, 2009